IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**RAE ANDREACCHIO**                                                                  **PLAINTIFF**

**V.**                                        **CIVIL ACTION NO. 3:21-cv-386-CWR-LGI**

**KAREN YAX**                                                                    **DEFENDANTS**

## ORDER STAYING DISCOVERY

A *Motion to Dismiss* [Doc. 6] was filed herein on August 12, 2021; on its face, the motion asserts a jurisdictional defense. Rule 16(b)(3)(B) of the Local Uniform Civil Rules for the Northern and Southern Districts of Mississippi provides in pertinent part:

> Filing a…motion asserting… [a] jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal.

L. U. Civ. R. 16(b)(3)(B). The proceedings in this case are therefore stayed pursuant to the Local Rules. All matters related to the Motion to Dismiss shall be submitted to the District Judge assigned to this case unless otherwise directed by the referral of specific issues to the Magistrate Judge for resolution or recommendation. Counsel for Plaintiff shall promptly notify the Magistrate Judge of the entry of any order denying the Motion to Dismiss and shall submit a proposed order lifting the stay. Within fourteen (14) days of entry of the order lifting the stay, the parties shall confer as outlined in L. U. Civ. R. 26(c) and all other deadlines will be determined accordingly. A telephonic status conference shall be scheduled within sixty (60) days of the lifting of the stay. The parties should notify the court by letter if within thirty (30) days of the lifting of the stay they have not received notice of the case management conference.

SO ORDERED this the 16th day of August, 2021.

                                                                        /s/ LaKeysha Greer Isaac
                                                     UNITED STATES MAGISTRATE JUDGE