IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TODD ANDREACCHIO                                  PLAINTIFF

VS.                                  CIVIL ACTION NO.:   3:21-cv-00386-CWR-LGI

KAREN YAX
a/k/a "The Critical Kay"                                  DEFENDANT

### 28 U.S.C. § 1746 UNSWORN DECLARATION UNDER PENALTY OF PERJURY OF RICHARD TODD ANDREACCHIO

I, RICHARD TODD ANDREACCHIO, declare that the following is true and correct based upon my knowledge, information, and belief:

I am writing this statement to go on the record as stating I have never offered money or drugs to anyone in exchange for them making false statements or to lie about events surrounding Christian Andreacchio's death. I did not offer money or drugs to Jordan Edwards to lie and state Whitley shot Christian. I did not ask her to lie about any of the events she gave in a statement to Gale Mills.

I DECLARE (OR CERTIFY, VERIFY, OR STATE) UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on August 22, 2021

*/s/ Richard Todd Andreacchio*
RICHARD TODD ANDREACCHIO