In the United States District Court
for the Southern District of Mississippi
Northern Division

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
JAN - 3 2022
ARTHUR JOHNSTON
BY_____ DEPUTY

**Rae Andreacchio (Plaintiff)**
vs.
**Karen Yax (Defendant)**

**Civil Action No.: 3:21-cv-386-CWR-LGI**

**December 28, 2021**

### Reason why Defendant not represented at teleconference

If it pleases the court, in my motion to dismiss this case for lack of jurisdiction, I attempted to clarify that, should the Mississippi courts insist on claiming jurisdiction over this matter, I would be unable to continue to represent myself because I have no knowledge of Mississippi law, nor any knowledge of its legal and court procedures. I also attempted to clarify that it would be with the greatest difficulty that I would be able to appoint a Mississippi lawyer to represent me, for practical and financial reasons, in a timely manner.

This court decided, nonetheless, that it did have jurisdiction over this case, no doubt correctly as regards Mississippi law, but in direct contravention of many decisions of Federal courts in other states of the Union that have declaed that state jurisdiction cannot be founded on any interaction I might have had with the Plaintiff alone (the basis upon which I understand this court to have determined that it has jurisdiction over this matter).

In deciding, therefore, that it does have jurisdiction over this matter, this court has necessarily deprived me of legal representation until such time as I can find a suitable lawyer to represent me and can gather together the required funding. I am in the process of attempting to find and fund a lawyer to represent me, but have yet to succeed in this endeavor.

As regards the teleconference in question, I was not represented on this occasion because I currently have no legal representation. I cannot represent myself and I have no lawyer at

this time to represent me.

I therefore ask the court graciously to accord me time to find and fund a suitable legal representative to argue my case, or, if this court deems it critical to the State of Mississippi that this case should proceed apace, I ask that this court appoint a publicly funded legal representative to represent me in these proceedings.

Humbly,

Karen Yax, Defendant.

*/s/ Karen Yax*