

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RAE ANDREACCHIO                                      PLAINTIFF

VS.                               CIVIL ACTION NO. 3:21-CV-00386-CWR-LGI

KAREN YAX A/K/A *"THE CRITICAL KAY"*            DEFENDANT

## **ORDER**

This matter is before the Court on a Show Cause Order [15] addressing Defendant's failure to participate in the Telephonic Case Management Conference on December 14, 2021 at 3:00 pm and Defendant's response thereto [16].

The Court finds Defendant's explanation unsatisfactory as to her non-appearance.

Failing to follow direct orders from the Court unnecessarily disrupts the orderly progression of this case. The Court warned Defendant that she was not excused from attendance at the conference and despite having been warned, the Defendant failed to obey the Court's order to participate in the Telephonic Case Management Conference.  The court is therefore of the opinion that sanctions should be imposed.

IT IS, THEREFORE, ORDERED that sanctions in the amount of One Hundred Dollars ($100.00) be imposed upon Defendant.

IT IS FURTHER ORDERED that Defendant remit this sum to the Clerk of the Court on or before April 1, 2022.

Defendant is advised that failure to comply with the Court's orders herein will likely result in the imposition of further sanctions.

SO ORDERED AND ADJUDGED, this the 20th day of January, 2022.

                                                    /s/  LaKeysha Greer Isaac
                                                    UNITED STATES MAGISTRATE  JUDGE