1  Karen Yax,
   City, ST ZIP Code - Lapeer, MI 48446
2  Phone | Fax - 810-834-0682
   Email
3
4                    IN THE UNITED STATES DISTRICT COURT

5                  FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

6                              NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
AUG 2 6 2022
ARTHUR JOHNSTON
BY_____ DEPUTY

                                JURISDICTION

RAE ANDREACCHIO,                          Case No.: CIVIL ACTION NO: 3:21-cv-00386

            Plaintiff,

vs.

KAREN YAX,

            Defendant                     **MOTION TO APPLY FOR TELEPHONIC
                                          CONFERENCE OR VIA VIDEO CONFERENCE**

            Dated this 25 of August, 2022.

                                          _____
                                                  Karen Yax, Pro Se

        Comes now, Defendant, (hereinafter Defendant) by and through herself, Pro Se,

requests permission from the Court to appear telephonically or via video conference for

Settlement Conference hearing scheduled for August the 30th at 9:30 am because

Defendant is currently a resident of Michigan, is unable to appear in personm is waiting on

several pending motions, imcludng for for summary judgment, and does not have the economic

means to travel to the State of Mississippi.

PLEADING TITLE - 1

1  Pursuant to CRCP rule 11 subsection( b)

2  If approved in advance of the court, a party or party representative may in lieu of attending the conference in person may be immediately available by telephone during the entire settlement conference.

Respectfully Submitted,

Karen Yax, Pro Se

X  *Karen Yax  8-25-22*

PLEADING TITLE - 2