**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**RAE ANDREACCHIO**                                                                              **PLAINTIFF**

**v.**                           **CIVIL ACTION NO. 3:21-CV-00386-CWR-LGI**

**KAREN YAX a/k/a
"THE CRITICAL KAY"**                                                **DEFENDANT**

## ORDER TO SHOW CAUSE

This case was set on the docket of this Court for a court-ordered Settlement Conference on October 18, 2022. Defendant failed to appear, despite being repeatedly advised by the Court that she was not excused from in-person attendance.

IT IS HEREBY ORDERED that Defendant shall show cause in writing, on or before **October 28, 2022**, as to why she did not participate in the October 18, 2022, Settlement Conference and as to why she should not be sanctioned by this Court for disobeying an Order of this Court.

**SO ORDERED**, this the 24th day of October, 2022.

                                                            /s/ LaKeysha Greer Isaac
                                                          UNITED STATES MAGISTRATE JUDGE