# PRIORITY MAIL EXPRESS® FLAT RATE ENVELOPE

PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS FLAT RATE ENVELOPE POSTAGE REQUIRED

**UNITED STATES POSTAL SERVICE** — Retail

US POSTAGE PAID
$27.90
Origin: 48446
10/26/22
2552800443-14

PRIORITY MAIL EXPRESS 1-DAY®

KAREN YAX
2442 LONESOME DOVE TRL
LAPEER MI  48446-8417

0 Lb 8.30 Oz
1007

SCHEDULED DELIVERY DAY: 10/27/22 06:00 PM

C006

SHIP TO:
US DISTRICT COURT
501 E COURT ST
JACKSON MS 39201-5022

USPS TRACKING® #

9570 1117 7471 2299 5372 25

## CUSTOMER USE ONLY

FROM: (PLEASE PRINT)  PHONE (810) 531-0652

Karen Yax
2442 Lonesome Dove
Lapeer, MI 48446

RECEIVED OCT 28 2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF...

### DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)  PHONE ( )

United States District Court
Thad Cochran US Courthouse
501 E. Court St. Suite 2.500
Jackson, MS. 39201

ZIP+4: 39201-____

PEEL FROM THIS CORNER

■ $100.00 insurance included.

EP13F May 2020
OD: 12 1/2 x 9 1/2

PS10001000006

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

UNITED STATES POSTAL SERVICE®





## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

**GUARANTEED* ▪ TRACKED ▪ INSURED**

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.