A-1

**UAW-FCA-FORD-GENERAL MOTORS LEGAL SERVICES PLAN**
**COOPERATING ATTORNEY PROGRAM**
200 Walker Street, Third Floor
Detroit, Michigan 48207 • Phone (800) 482-7700 • clientcomments@uawlsp.com
See our webinars at www.uawlegalservices.com and YouTube/uawlegalservicesplan

December 2, 2021

Ms. Karen Yax
2442 Lonesome Dove Trl.
Lapeer, MI 48446

Re:   Your Case No. 2021-800-16834
      Problem Code 501

Thank you for contacting us to use your UAW-FCA-Ford-General Motors Legal Services Plan benefit. As we recently discussed with you, your legal issue entitles you to a low-cost referral to a Cooperating Attorney.

The Plan has contracts with over 700 Cooperating Attorneys across the country. Cooperating Attorneys are not Plan employees. They are independent licensed attorneys who have agreed to represent Plan participants at greatly reduced hourly fees negotiated by the Plan according to the attached fee schedule. The Plan does not supervise Cooperating Attorneys and is not responsible for their work and decisions.

At your request, the Plan provided you a Cooperating Attorney referral. Here is the contact information for your assigned Cooperating Attorney:

> Jamie Travis
> Gibbs Travis PLLC
> 210 East Capitol Street Suite 1801
> Jackson, MS 39201
> Phone: 601-487-2621

This referral is being provided to you for this case only. Please retain this letter. The Cooperating Attorney will ask you for a copy of it at your first consultation. If you have another legal problem, you must contact the Plan to open another case at (800) 482-7700.

*Made repeated calls, no response from lawyer.*

**IMPORTANT INFORMATION**
**ABOUT YOUR LOW-COST REFERRAL**

It is your decision whether to hire this Cooperating Attorney and it is the Cooperating Attorney's decision whether to take your case. If you decide to hire this attorney, it will be at your own expense under the attached fee schedule. Please review the fee schedule carefully. If you decide to hire a different attorney without a Plan referral, the Plan's fee schedule will not apply. <u>The Plan will not be able to later adjust your legal fees to the Plan's fee schedule or otherwise pay you the difference in the amount you were charged.</u>

If the Cooperating Attorney takes your case, you must be provided with a free initial consultation, including advice and counseling.

Your referral letter contains the case number for this legal matter. Make sure you take the referral letter for this legal matter to the Cooperating Attorney at your initial consultation

# RANDAZZA
## LEGAL GROUP

Marc J. Randazza, JD, MAMC, LLM
Licensed in AZ, CA, FL, MA, NV

22 June 2021

<u>Via Email Only</u>

Karen Yax
<kaykaydoo26gmail.com>

Re:   Andreacchio v. Yax | Conditions of Representation

Dear Ms. Yax:

I have reviewed the allegations in Rae Andreacchio complaint and have determined that I would be able to represent you in the case.

My firm would require a deposit in the amount of $25,000 before we could enter an appearance on your behalf in the litigation. If you would like to retain us, we will prepare a Legal Services Fee Agreement for your review and signature. Additionally, since this case is in Mississippi and no one in my firm is licensed in Mississippi, we would need to retain a local attorney would also need to be paid for their time.

If you would like to have a consultation about your case, we can do so. There is a one-time fee in the amount of $1,000, and if you choose to retain us that $1,000 will be credited toward your bill.

If you have any questions or would like to schedule a consult, please feel free to contact my office.

Sincerely,

Marc J. Randazza

Defendent does not have 25 grand

2764 Lake Sahara Drive, Suite 109, Las Vegas, Nevada 89117
mjr@randazza.com | 702.420.2001

**lamar bullen** Feb 18
to me

KAY

I AM GOING TO DECLINE THIS CASE

THANK YOU FOR ALLOWING ME TO REVIEW

TIME IS ALWAYS IMPORTANT IN LEGAL MATTERS SO I RECOMMEND YOU CONTACT ANOTHER ATTORNEY IMMEDIATELY

L. LAMAR BULLEN

MSB#101212

ARB#2021292

**BULLEN LAW OFFICE PLLC**

P.O. BOX 393

NATCHEZ, MS 39121

300 Franklin St.

Natchez, MS  39120

601-431-8022

FAX – 601-442-1437

bullenlaw@att.net

bullenlawoffices.com

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and

3:04

# Andreachio v. Yax  Inbox

**Joel W. Howell III**  Mar 21
to me

As per our discussion, I will not offer you representation on this

I wish you well and hope you get the result you want.

--

Joel W. Howell, III
Attorney at Law
5446 Executive Place (39206)
P.O. Box 16772
Jackson, MS 39236
Phone: 601-362-8129
Fax: 601-362-8419

*Mississippi Business Journal* **Attorney of the Year** *2019*






*Recognized by Marquis* **Who's Who in the World** *2020*

3:12   A-5





**Kay Kay**  1/26/22
To: gsanders@mvlp.net

## Need help

I was referred by Tony Geiger with the AG's office. I am a Michigan resident being maliciously sued by Rae Andreacchio in Missisippi and can not afford a lawyer and can't find one in Mississippi to help me. Can you offer any assistance?

Sent from my iPhone

*Despite repeated calls + emails, defendant never received a response.*

A-6

I can't afford an attorney and can't even find one in Mississippi that will help me due to the name of the woman suing me.

Sent from my iPhone

> On Feb 9, 2022, at 12:47 PM, Sam H. Buchanan, Jr. <shbuchanan@mslegalservices.org> wrote:
>
> If you have been screened by intake and advised accordingly that we cannot assist you, you should contact a private attorney for advice and counsel on the particular matter.
>
> -----Original Message-----