B-1

2:55

← 🔍 **matthew wilson** in M...

⚙ Filters    **Posts You've Seen**    Most Re

 **Murder of Christian Andreacchio - Sleuth Syndicate**
Moderator   **Rene Daughtry Barfoot** · Aug 7, 2021 · 🖼

**Rae Andreacchio vs Karen Yax case update:**

Rae's attorney, Matt, and Karen were ordered to have a phone call by 8/6 (yesterday).  Karen says the court in MS doesn't have jurisdiction over her. Pretty sure the courts make that decision yet she still has not filed anything regarding jurisdiction.

Karen is also claiming to be afraid of Matt.  Like physically afraid to speak with him over the phone as ordered by the judge.

She still claims a post was made in JFC about her where Chris T made a

 Home     Watch     Communities     Events     Notifications     Menu

2:56 ⏱

# Rene's Post



## THE LAW OFFICE OF MATTHEW WILSON, PLLC
*Matthew Wilson, Attorney at Law \**

| | |
|---|---|
| Post Office Box 4814 | Telephone: (662) 312-5039 |
| Mississippi State, Mississippi 39762 | Facsimile: (662) 546-4893 |
| * Admitted in MS, TN, and before the USPTO | Email: clarksvillelawyer@gmail.com |

August 3, 2021

**_VIA EMAIL ONLY: kaykaydoo2@gmail.com_**
Ms. Karen Yax
2442 Lonesome Dove Trail
Lapeer, MI 48466

       RE:   Andreacchio v. Yax

Ms. Yax:

      This correspondence is in response to your August 3, 2021, email.

      Rule 26(f) of the Federal Rules of Civil Procedure --- (note, these are the FEDERAL rules; not the Mississippi rules) -- states as follows:

      *(f) Conference of the Parties; Planning for Discovery.*

            *(1) Conference Timing. Except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B) or when the court orders otherwise, the parties must confer as soon as practicable – and in any event at least 21 days before a scheduling conference is to be held or a scheduling order is due under Rule 16(b).*

      Pursuant to the Court's *Rule 16 Initial Order,* the Rule 26(f) Conference has been scheduled for August 27, 2021. Ergo, 21 days before this date is August 6, 2021. Therefore, pursuant to the Court's Order and the Federal Rules of Civil Procedure, we must confer on or before August 6 – this Friday.

      At this August 6 (or sooner) meeting, you and I will discuss the standard scheduling order to see if we can agree upon certain discovery parameters. If we cannot reach consensus, that's fine; the Court will decide these issues for us at the Rule 26(f) conference. However, we must confer at least 21 days in advance of the hearing. This way we are not wasting the Court's time at the hearing.

      With respect, I cannot see how talking with me over the phone would make you feel "unsafe" considering that your residence in Michigan is nearly 900 miles from my location in Mississippi. (Do you really believe that I will reach my hands through the telephone to inflict upon you some sort of physical calamity? If you truly believe that, then I am sincerely flattered that you think so highly of my capabilities.)

😋😊😍 9                **1 comment**

👍 **Like**             💬 **Comment**

Letter to Karen Yax
August 3, 2021
Page 2

2:56 ⏀   .ıl 🤝 🔋

# Rene's Post

👍 **Like**          💬 **Comment**

Letter to Karen Yax
August 3, 2021
Page 2

But I digress.  The reality, Ms. Yax, is that you are simply making excuses – and silly ones at that.

Therefore, in good faith, I am giving you one more chance to give me a day and time this week when we can discuss the boundaries of discovery.  Is Wednesday, Thursday, or Friday good for you?  I am free all three days.

If you refuse to cooperate with my request, then I will simply prepare the Scheduling Order to the advantage of my client and submit the same to the Court.  Then when we chat with the Judge on August 27, you can explain how your irrational fear of me (and telephones) was valid cause to disregard the Court's rules and order.

I will also file an appropriate motion alerting the Court how you believe its rules are "irrelevant" to you.

We are not playing games, Ms. Yax.

Govern yourself accordingly.

*Matt Wilson*

Matt Wilson
Attorney at Law

👍👍 10

👍 **Like**          💬 **Comment**

2:58 ✈

< **Rene's post** •••



**Chasing Justice**
That is the best letter EVER!!! I need an attorney like him on standby, lol

48w   Like   Reply                    1 😆



**Matt Wilson**
Chasing Justice flattered

48w   Like   Reply                    1 👍

   Write a reply...



**Patience Morin**
This broad lives in MI??? Oy vey?!?! She must know the court rules still apply to her.

48w   Like   Reply                    1 👍



**Shell Nasca**
I hope she gets everything coming to her the karma train is coming K buckle up

48w   Like   Reply                    1 👍



Write a comment...   


Home

 9+
Watch


Communities


Events

 9+
Notifications


Menu

2:58 🛫

B-5



< **Rene's post** •••

**Chris Thompson**
Her last name is Yax?!  That is priceless.



TENOR

48w  **Like**  **Reply**  2 😆



**Chris Thompson**
Pretty sure she isn't in Hawaii

 **Write a comment...**   

    
Home  Watch  Communities  Events  Notifications  Menu

2:58

< **Rene's post** •••

 **Misty Evans**
She is so threatened by Matt
and Chris, but just last week
wished death upon one of her
former mods. MMMMMkay
Karen

48w   **Like**   **Reply**          8 

 **Rene Daughtry Barfoot**
Misty Evans **exactly!!!!**

48w   **Like**   **Reply**          1 

 **Chris Thompson**
Misty Evans **I'm about to
"Yak" from laughing!**

48w   **Like**   **Reply**          2 

 **Chris Thompson**
She just gave me
enough ammunition to
clown on her for YEARS.


48w   **Like**   **Reply**          3 😆

Write a comment...    GIF ☺

               
Home       Watch       Communities       Events       Notifications       Menu

2:57

< **Rene's post** •••



**Heather Close Allred**
She's nuts! His response was


48w    Like    Reply          1 👍



**Amy Crisco**
Boom 💥 "we are not playing
games, Ms. Yax. Govern
yourself accordingly." 😂😂😂

48w    Like    Reply        7 😆👍🤍

 **Amy Crisco**
Does she think she is above
the law?

Her reply to him is
something you would send
someone in a FB message,
not a professional in the
judicial system.

Pretty comical that she has
chosen to represent herself
with not a shred of ability
and people listen to her like

 Write a comment...   


Home


Watch


Communities


Events


Notifications


Menu

2:58

### Rene's post

**Chris Thompson**
Misty Evans it's all fun and games until her verbal vomit (YAX) gets thrown back in her face.

48w   Like   Reply                    2 😀

**Misty Evans**
She's scared of a telephone conversation 😂😂😂

48w   Like   Reply

**Chris Thompson**
Misty Evans she scared because Matt has been known to YAX that ass!

48w   Like   Reply              5 😀

Write a reply...

**Misty Evans**
Hahahahaha

48w   Like   Reply

Write a reply

**Write a comment...**



 Home    Watch    Communities    Events    Notifications    Menu

2:58 ◢

< **Rene's post** •••

 **Chris Thompson**
**Pretty sure she isn't in Hawaii**
**.... I'm thinking she is in Tibet**
**visiting her family THE YAX!!!**



TENOR

48w Like Reply  2 😆

 **Misty Evans**
**I watched an attorney on**
**YouTube discuss her response**
**and the motion to compel last**
**night. All I kept thinking was**
**"ohhhh she effed up..."**

 Write a comment...   

 Home    Watch    Communities    Events    Notifications    Menu

2:58

< **Rene's post** ...

**Ambah Taynton**
Chris Thompson I
needed the laugh thank
you 🤣

48w   **Like**   **Reply**

⬤ Write a reply...

**Misty Evans**
She is a joke. Sitting on her
YouTube channel, running
her mouth, but says you
threatened her in a
Facebook group she's not
even in

48w   **Like**   **Reply**          1 😆

**Lea Mandy**
Misty Evans Not no more
😂

45w   **Like**   **Reply**

⬤ Write a reply...

**Chris Thompson**

📷 **Write a comment...**  GIF ☺

 Home    Watch    Communities    Events    Notifications    Menu

2:56

< **Rene's post** •••


**Jenny Moore**
Meredith Foster oh I
know & it's hysterical.

48w   Like   Reply         1 


**Rene Daughtry Barfoot**
Meredith Foster I'm just
so impressed with his
sarcasm in his letter.

48w   Like   Reply         1 


**Matt Wilson**
Rene Daughtry Barfoot
that's not even my best
work.

48w   Like   Reply         9 


**Matt Wilson**
Jenny Moore



Write a comment...     

               
Home        Watch      Communities      Events      Notifications      Menu

2:57

**Rene's post**



**Jenny Moore**
Matt Wilson
**(hahah jk jk! I hope you are doing well!)**



I AM SCARED TO DEATH RIGHT NOW

GIPHY

48w   Like   Reply   1 

 Write a reply...

 **Misty Evans**
Matt Wilson **top notch sir. It's not often that someone can impress me with their wit. As soon as I read the**

 Write a comment...   

 Home    Watch    Communities    Events    Notifications    Menu

B-13

2:57

< **Rene's post** ...



**Misty Evans**
Matt Wilson top notch sir.
It's not often that someone
can impress me with their
wit. As soon as I read the
word calamity it's like I
found my long lost wit twin.



48w    Like    Reply    6 😋💗🤍



**Susan Brodnax**
I died when I read that this
morning. She's going to
bust out her purple pen and
write in all caps now. 😂

48w    Like    Reply    4 😋



**Susan Brodnax**
How can she be afraid of
anyone? Doesn't she
remember she's a self
proclaimed mother ****er
that won't be ignored.

 Write a comment...   

 Home     Watch 9+     Communities     Events     Notifications 9+     Menu

B-14

8:52

## July 19, 2021
1:23 AM

‹   **Sue's Post**   •••

**Chris Thompson**
Nothing that gerbil douche does surprises me. She obviously was the fat girl in elementary school that gave everyone else lice.

1d   Like   Reply                    9

**Sue Barr** Author
Chris Thompson implicitly stated

1d   Like   Reply                    2

**Chris Thompson**
Sue Barr she keep on and somebody gonna change her name to Critical Care or drop her off at the train station ....

One of the two. 😶

1d   Like   Reply                    4

*Open threat to defendant's person*

**Amanda Robinson Barnard**
Chris Thompson 😝



8:43

B-15



Misty Evans

I know you were fed things

3 Replies

And honestly I feel bad they played you that way

I felt bad when they were doing it. I would read the comments on your live and just want to scream shut it down at you

1 Reply

I'm sure you know there is a group who wants to take you down

Text Message

5:33



Misty Evans

> Why doesn't Rae sue those people?

I have no dice in this game but that's one thing I'll will hang my hat on. She's a good woman with a huge heart and the people who you had behind you, fed you BS

Where are those people now that you're being sued?

1 Reply

And I am a good woman with a big heart.

iMessage

  

      

**5:33**

 

## Misty Evans

If you know there's a group out
to get Rae, why not offer up
that?

> Offer it up how? She
> knows it herself. This
> was all going on long
> before I came along!!!!!
> 7 freaking years!

Tell her who is behind it
all. Tell her who you
were conversing with

Like did you get the color
luminol photos? Did you get
Dylan's actual call log, not the...

  iMessage 

      

5:32



Misty Evans ›

I've got nothing to offer her.

Except the apology I've been offering since JUNE 5

I don't want to just say it

But I'm going to just say it

I think if there were people involved with you doing those lives and you were being paid like people have told us, I would offer up The Who

iMessage

Done · · · **Photo**

 **Justice for Christian**  ( Rae Andreacchio )
@Justicefor_CSA

Legal question - is it illegal to attempt
to hide assets to decrease net worth in
order to reduce the amount of a
monetary judgement?

#notagoodlook

3:02 PM · 6/30/22 · Twitter for iPhone

**1** Retweet  **27** Likes

         

 **angela** @astatsgirl76 · 2h
Replying to @Justicefor_CSA

My ex tried to hide assets and can cash in a
safe deposit box. Idk about legality with your
situation but if it is land, equipment, or
physical assets that can be traced.. it is not
legal and they can get in trouble. I had a list
of his assets so he couldn't hide much.

         

 **Beth Caniff** @caniff22 · 6h
Replying to @Justicefor_CSA

@RekietaLaw?

  

Tweet your reply

         



4:33

Done                                              Edit



### Emilee Harding
3d · 🌐

From her chat before she either deleted it or made it
super private... imagine having your telegram chat in
a court document lmao I'd be so embarrassed



👍 2                                              3 comments

**Follow group**

More

5:39

**Matthew Wilson**  Aug 30
to me ⌄

I just received word from Rae that apologies and promises by themselves will not be enough.

So, unless you can make us a better offer, we will have to go to court for the settlement conference on a date the three of us choose.  (Please give us your dates.)

You claim financial lack.  If that is truly the case, we'd like to see your bank statements and tax returns.

Or if you have information, that, too, could be a substitute for money.

Either way, just make us a better offer.

Matt Wilson

Sent from my iPhone

With that said, my client may be amenable to accepting information in your possession as an offset to any financial demand we might otherwise have.

For example, Rae just reminded me that you had said to Chris that you had information that would blow the investigation into Christian's death wide open.   Rae also reminded me that you told Chris that you had been paid to "represent" Dylan and Whitley.

So, if you have recorded conversations, voicemails,  emails, text messages, Facebook messages, check stubs, receipts, evidence of payment etc.— basically any record of any communication of any kind or character —  with:

Dylan Swearingen,
Whitley Goodman,
Jett Miller,
Matt Miller... or any friend or relative of these parties (including, but not limited to Frankie Wagner or Kelly Harper) ...
or any other person who has knowledge or a personal interest into what

B-24

5:38

Dylan Swearingen,
Whitley Goodman,
Jett Miller,
Matt Miller... or any friend or relative of these parties (including, but not limited to Frankie Wagner or Kelly Harper) ...
or any other person who has knowledge or a personal interest into what happened to Christian Andreacchio
—

.... then my client MAY be willing to trade authenticated copies of these messages/recordings for corresponding reductions in any financial settlement.

Also any offer by you would need to have a commitment to make a public and private apology ... plus a commitment to never to speak of this case —or any of Christian's family — ever again on any social media platform or other public forum.

Matt

Sent from my iPhone

B-25

10:38

M **Matthew Wilson** Aug 31
to me ˅

Karen

This is a message I have been instructed to deliver from my client. I am quoting Rae word-for-word:

"Ms. Yax due to your dishonest approach in these settlement negotiations and your dishonest and disrespectful communications to the court through motions and filings I am instructing my representative to withdraw all settlement offers and stop negotiations. I will leave it to a jury to determine the judgement your actions deserve. Not what you can 'afford' but what you deserve.

"At that time I will hire an attorney in Michigan and have the ruling of the federal court in MS certified by a federal court in Michigan and I will vigorously pursue collecting every dime of that judgement. At this point, the only thing that needs to be accomplished is setting a date and time for a settlement conference per the

withdraw all settlement offers and stop negotiations. I will leave it to a jury to determine the judgement your actions deserve. Not what you can 'afford' but what you deserve.

"At that time I will hire an attorney in Michigan and have the ruling of the federal court in MS certified by a federal court in Michigan and I will vigorously pursue collecting every dime of that judgement. At this point, the only thing that needs to be accomplished is setting a date and time for a settlement conference per the magistrate's instructions. I will make myself available at a time agreed upon by you and Mr. Wilson.  I do not have high hopes the conference will be fruitful but I will make my validated concerns known to the court at that time."