PRESS FIRMLY TO SEAL     PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED

**PRIORITY MAIL EXPRESS®**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP


PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2



**UNITED STATES POSTAL SERVICE®**   **PRIORITY MAIL EXPRESS®**

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( 810 ) 831-0652
Karen Yax
2442 Lonesome Dove
Lapeer, MI 48446

RECEIVED
OCT 28 2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)
* Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )
United States District Court
Thad Cochran US Courthouse
501 E. Court St. Suite 2.500
Jackson, MS. 39201
ZIP + 4® (U.S. ADDRESSES ONLY)
39201-____

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⬇ PEEL FROM THIS CORNER



E   **US POSTAGE PAID**
$27.90   Origin: 48446
10/26/22
2552800443-14

**PRIORITY MAIL EXPRESS 1-DAY®**

KAREN YAX
2442 LONESOME DOVE TRL
LAPEER MI 48446-8417
0 Lb 8.30 Oz
1007

SCHEDULED DELIVERY DAY: 10/27/22 08:00 PM

C006

SHIP TO:
US DISTRICT COURT
501 E COURT ST
JACKSON MS 39201-5022



USPS TRACKING® #


9570 1117 7471 2299 5372 25



**UNITED STATES POSTAL SERVICE®**





## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

**GUARANTEED\* ▪ TRACKED ▪ INSURED**

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.