A-1

10:25

< **Libby Aldridge ▶ Justice For Christian**
October 19

**Chris Thompson**
**Deni Heavycrown**



16w   Like   Reply

**Deni Heavycrown**
**Chris Thompson** 😂😂😂
16w   Like   Reply

**Shannon Roebuck**
**Chris Thompson** i messaged you
16w   Like   Reply

**Chris Thompson**
**Deni Heavycrown** she either has extensions in or she is growing her hair out like Rapunzel so her pimp can climb up to her jail cell.

Write a comment...

## Lilly's Post

Like   Comment

**Chris Thompson**
**Cameron Posey** he looks like someone stole the glasses off of a Garbage Pail doll and stuck them on his head.
28w   Like   Reply

**Chris Thompson**
**Cameron Posey** he got some left over something in that beard, but it's not crumbs. It's nuts!! That's a shock absorber for a high speed pecker wrecker!
28w   Like   Reply   9

👍 Like          💬 Comment

**Chris Thompson**
😂😂😂 This was probably used as an audition tape for a porno. She looks like Rollergirl off of Boogie Nights. I was expecting Dirk Diggler to show up any second. 👤
16w   Like   Reply   36

**Deni Heavycrown**
**Chris Thompson** omg I just choked on my drink 😂😂😂😂
16w   Like   Reply   1

## Lilly's Post

👍 Like   💬 Comment

**Alexa Andreacchio**
Elections over i don't have to have a filter anymore. Are we sure she isn't like trans bc she's built like a fatass quarterback.

5m  Like  Reply

**Katlynn Rose**
Alexa Andreacchio bitchhhh 🤣
🤣😆

2m  Like  Reply

👍 Like   💬 Comment

**Chris Thompson**
**Deni Heavycrown** if she isn't she missed a good opportunity, plus I'm pretty sure that's what the PI's found out. But I could be wrong, she might work at Sonic. 🤣

PS- the correct vernacular is "Exotic Dancer".

16w  Like  Reply   😂 5

**Candace Lynn Dunlap**
**Chris Thompson** I thought she was a 'ho'-stess at the strip club 😂

16w  Like  Reply   😂👍 8

10:25

A-4

**Libby Aldridge** ▶ **Justice For Christian**
October 19 ·

**Chris Thompson**
**Deni Heavycrown** she either has extensions in or she is growing her hair out like Rapunzel so her pimp can climb up to her jail cell.
16w   Like   Reply                    10

**Deni Heavycrown**
**Chris Thompson** I think they are extensions, they're a bit thick and they look heavy, but hey to each their own!
16w   Like   Reply                    1

**Chris Thompson**
**Deni Heavycrown** she needed them to get her job at The Landing Strip Gentlemen's Club.
16w   Like   Reply                    1

**Deni Heavycrown**
**Chris Thompson** wait hang on she's a stripper?!
16w   Like   Reply                    1

**Chris Thompson**
**Deni Heavycrown** if she isn't she