3:11 AT&T

**Alexa Andrecchio**
+16019171524

**Monday, November 13, 2017**

I'm taking chase to his truck i guess. He won't leave me alone. I'll be right back
10:00 AM

My mother just said if you get makayla so fucked up that she tells what Whitley has told her she'll throw $10,000 your way. But you have to get it on recording
10:04 PM

He sent the picture of you kissing my cheek to my mom😂😂😂
10:34 PM

Told her that i had slept with you for sure and probably dalton too. So now I'm just a regular ole whore. I'm not a coke whore anymore.
10:53 PM

Come on
11:19 PM

Hey you
11:20 PM

Okay i gotta leave my phone here so i can't be tracked

I have $25
11:41 PM

Bout to climb down
11:42 PM

**Tuesday, November 14, 2017**

Enter message