**FedEx** Express — Package US Airbill

FedEx Tracking Number: 8172 8697 1521
Form ID No.: 0200

**1 From**
Date
Sender's Name — Phone
Company
Address — Dept/Floor/Suite/Room
City — State — ZIP

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name — Phone
Company
Address (We cannot deliver to P.O. boxes or P.O. ZIP codes.) — Dept/Floor/Suite/Room
Address (Use this line for the HOLD location address or for continuation of your shipping address.)
City — State — ZIP

- Hold Weekday — FedEx location address REQUIRED. NOT available for FedEx First Overnight.
- Hold Saturday — FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

**4 Express Package Service** *To most locations.* Packages up to 150 lbs. For packages over 150 lbs., use the FedEx Express Freight US Airbill.

*Next Business Day*
- [ ] FedEx First Overnight — Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless Saturday Delivery is selected.
- [ ] FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless Saturday Delivery is selected.
- [ ] FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.

*2 or 3 Business Days*
- [ ] FedEx 2Day A.M. — Second business morning.* Saturday Delivery NOT available.
- [ ] FedEx 2Day — Second business afternoon.* Thursday shipments will be delivered on Monday unless Saturday Delivery is selected.
- [ ] FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

**5 Packaging** *Declared value limit $500.*
- [ ] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling and Delivery Signature Options** *Fees may apply. See the FedEx Service Guide.*
- [ ] Saturday Delivery — NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

- [ ] No Signature Required — Package may be left without obtaining a signature for delivery.
- [ ] Direct Signature — Someone at recipient's address may sign for delivery.
- [ ] Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

Does this shipment contain dangerous goods? *One box must be checked.*
- [ ] No
- [ ] Yes — As per attached Shipper's Declaration.
- [ ] Yes — Shipper's Declaration not required.
- [ ] Dry Ice — Dry Ice, 9, UN 1845 ___ x ___ kg
- [ ] Cargo Aircraft Only

**7 Payment** *Bill to:*
Enter FedEx Acct. No. below.
- [ ] Sender — Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party

Total Packages   Total Weight ___ lbs.

644

Our liability is limited to US$100 unless you declare a higher value. See the current FedEx Service Guide for details.

Rev. Date 3/21 • Part #167002 • ©2012–2021 FedEx • PRINTED IN U.S.A.

---

FedEx
TRK# 0200 8172 8697 1521

MON – 07 NOV AA
STANDARD OVERNIGHT

XX JANA

39201
MS-US
MEM

3940917 04Nov2022 FNTA 581G4/07F5/C088

A 146
6
15:30
1321 11:07

FedEx Envelope

Align top of FedEx Express shipping label here.