IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**RAE ANDREACCHIO**,

    *Plaintiff*,

v.       CAUSE NO. 3:21-CV-386-CWR-LGI

**KAREN YAX**,

    *Defendant*.

## ORDER

Three motions are pending before the Court. *See* Docket Nos. 22, 37, and 45. On February 1, 2023, the Court determined that these motions should be argued at an in-person hearing, and scheduled that hearing for March 20, 2023 at 10:00 AM. *See* Docket No. 53. A copy of the Order was mailed to defendant Karen Yax at the address listed on the docket sheet.

On March 20, 2023, however, Ms. Yax did not appear. As a result, she has failed to prosecute the motions she filed at Docket Nos. 22 and 37. They are, therefore, denied as abandoned.

What remains is the plaintiff's motion for default judgment. Docket No. 45. The Court will take that up by separate written Order in due course.

**SO ORDERED**, this the 20th day of March, 2023.

                                      s/ Carlton W. Reeves
                                      UNITED STATES DISTRICT JUDGE